FILED
JUL 2 8 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
)
v. )
)
ANTONIO MCMAHAN, )
also known as "Buke" or "Biz"; )
GINO MCMAHAN; )
DEANGELO MCMAHAN, )
also known as "Deek"; )
ZACHARY JOHNSON, )
also known as "Zack"; )
BRIAN NELSON, )
also known as "B" )
DESHUN SMITH, )
also known as "Taco"; and )
ANTHONY COX )

No. 04 CR 423
Violations: Title 21, United States Code, Sections 846, 841(a)(1) and 843(b); Title 18, United States Code, Section 2

DOCKETED
JUL 2 9 2004

FILED
JUL 2 8 2004
MAGISTRATE JUDGE NAN R. NOLAN
UNITED STATES DISTRICT COURT

JUDGE AMY ST. EVE
04CR0423
MAGISTRATE JUDGE SIDNEY I. SCHENKIER

COUNT ONE

The SPECIAL MARCH 2004 GRAND JURY charges:

1. Beginning on a date unknown to the Grand Jury but not later than in or about 2003, and continuing until on or about April 29, 2004, in the Northern District of Illinois, Eastern Division, and elsewhere:

ANTONIO MCMAHAN,
also known as "Buke" or "Biz";
GINO MCMAHAN;
DEANGELO MCMAHAN,
also known as "Deek";
BRIAN NELSON,
also known as "B"; and
DESHUN SMITH,
also known as "Taco"

defendants herein, did conspire and agree with each other, and with Bryant Riddle and others known and unknown to the Grand Jury, knowingly and intentionally to possess with intent to distribute and to distribute controlled substances, namely, quantities of cocaine, cocaine base (commonly known

77

as crack cocaine), Schedule II Narcotic Drug Controlled Substances, and heroin, a Schedule I Narcotic Drug Controlled Substance, and marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

2. It was part of the conspiracy that, coconspirators ANTONIO MCMAHAN, GINO MCMAHAN and DEANGELO MCMAHAN operated a drug distribution enterprise in which they distributed and used workers in the enterprise to distribute cocaine, crack cocaine, heroin, and marijuana (the "McMahan drug business").

3 It was further part of the conspiracy that coconspirator BRIAN NELSON assisted ANTONIO MCMAHAN, GINO MCMAHAN and DEANGELO MCMAHAN by managing the drug spot located at 130 N. Waller Street in Chicago (the "Waller Street drug operation"), one of the locations of the McMahan drug business, and that coconspirator DESHUN SMITH worked under BRIAN NELSON for the Waller Street drug operation.

4. It was further part of the conspiracy that the McMahan drug business sold drugs out of a store located at 5941 West Chicago Avenue in Chicago.

5. It was further part of the conspiracy that the McMahan drug business was supplied with guns.

6. It was further part of the conspiracy that ANTONIO MCMAHAN distributed drugs to various customers including Zachary Johnson and Anthony Cox.

7. It was further part of the conspiracy that on December 22, 2003, ANTONIO MCMAHAN and Zachary Johnson distributed approximately 28 grams of heroin to another individual.

8. It was further part of the conspiracy that on January 12, 2004, ANTONIO MCMAHAN distributed approximately 5.4 grams of heroin to Anthony Cox.

9. It was further part of the conspiracy that on December 23, 2003, DEANGELO MCMAHAN, ANTONIO MCMAHAN and GINO MCMAHAN together distributed approximately 125 grams of cocaine to another individual.

10. It was further part of the conspiracy that unindicted coconspirator Bryant Riddle assisted in the McMahan drug business.

11. It was further part of the conspiracy that on numerous occasions, all defendants used cellular telephones or land line telephones, to facilitate their drug transactions.

12. It was further part of the conspiracy that the defendants and other co-conspirators would and did conceal and hide, and cause to be concealed and hidden, the purposes of the acts done in furtherance of the conspiracy, and would and did use coded language, surveillance and counter-surveillance techniques, and other means to avoid detection and apprehension by law enforcement authorities and otherwise to provide security to the members of the conspiracy;

All in violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

**COUNT TWO**

The SPECIAL MARCH 2004 GRAND JURY further charges:

On or about January 12, 2004, at Chicago, in the Northern District of Illinois, Eastern Division,

ANTONIO MCMAHAN,
also known as "Buke" or "Biz"

defendant herein, did knowingly and intentionally distribute to Anthony Cox a controlled substance, namely, approximately 5.4 grams of mixtures and substances containing heroin, a Schedule I Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

. **COUNT THREE**

The SPECIAL MARCH 2004 GRAND JURY further charges:

On or about January 12, 2004, at Chicago, in the Northern District of Illinois, Eastern Division,

ANTHONY COX,

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, approximately 5.4 grams of mixtures and substances containing heroin, a Schedule I Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

**COUNT FOUR**

The SPECIAL MARCH 2004 GRAND JURY further charges:

On or about December 22, 2003, at Chicago, in the Northern District of Illinois, Eastern Division,

ANTONIO MCMAHAN,
also known as "Buke" or "Biz"; and
ZACHARY JOHNSON,
also known as "Zack,"

defendants herein, did knowingly and intentionally distribute a controlled substance, namely, approximately 28 grams of mixtures and substances containing heroin, a Schedule I Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT FIVE

The SPECIAL MARCH 2004 GRAND JURY further charges:

On or about December 23, 2003, at Chicago, in the Northern District of Illinois, Eastern Division,

ANTONIO MCMAHAN,
also known as "Buke" or "Biz";
GINO MCMAHAN; and
DEANGELO MCMAHAN,
also known as "Deek,"

defendants herein, did knowingly and intentionally distribute and aid and abet the distribution of a controlled substance, namely, approximately 125 grams of mixtures and substances containing cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT SIX**

The SPECIAL MARCH 2004 GRAND JURY further charges:

On or about December 15, 2003, at approximately 10:47 pm, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

DEANGELO MCMAHAN,
also known as "Deek,"

defendant herein, knowingly and intentionally used and caused to be used a communication facility, namely, a telephone, in committing and in causing and facilitating the commission of a felony violation of Title 21, United States Code, Section 846, namely, conspiring to distribute and possess with intent to distribute controlled substances, as charged in Count One of this Indictment;

In violation of Title 21, United States Code, Section 843(b).

## COUNT SEVEN

The SPECIAL MARCH 2004 GRAND JURY further charges:

On or about December 23, 2003, at approximately 9:52 pm, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

ANTONIO MCMAHAN
also known as "Buke" or "Biz"; and
DEANGELO MCMAHAN,
also known as "Deek,"

defendants herein, knowingly and intentionally used and caused to be used a communication facility, namely, a telephone, in committing and in causing and facilitating the commission of a felony violation of Title 21, United States Code, Section 846, namely, conspiring to distribute and possess with intent to distribute controlled substances, as charged in Count One of this Indictment;

In violation of Title 21, United States Code, Section 843(b).

**COUNT EIGHT**

The SPECIAL MARCH 2004 GRAND JURY further charges:

On or about February 16, 2004, at approximately 6:43 pm, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

GINO MCMAHAN, and
BRIAN NELSON,
also known as "B,"

defendants herein, knowingly and intentionally used and caused to be used a communication facility, namely, a telephone, in committing and in causing and facilitating the commission of a felony violation of Title 21, United States Code, Section 846, namely, conspiring to distribute and possess with intent to distribute controlled substances, as charged in Count One of this Indictment;

In violation of Title 21, United States Code, Section 843(b).

## COUNT NINE

The SPECIAL MARCH 2004 GRAND JURY further charges:

On or about February 16, 2004, at approximately 11:11 pm, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

GINO MCMAHAN, and
BRIAN NELSON,
also known as "B,"

defendants herein, knowingly and intentionally used and caused to be used a communication facility, namely, a telephone, in committing and in causing and facilitating the commission of a felony violation of Title 21, United States Code, Section 846, namely, conspiring to distribute and possess with intent to distribute controlled substances, as charged in Count One of this Indictment;

In violation of Title 21, United States Code, Section 843(b).

**COUNT TEN**

The SPECIAL MARCH 2004 GRAND JURY further charges:

On or about December 28, 2003, at approximately 5:03 pm, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

ANTONIO MCMAHAN
also known as "Buke" or "Biz"; and
DESHUN SMITH,
also known as "Taco,"

defendants herein, knowingly and intentionally used and caused to be used a communication facility, namely, a telephone, in committing and in causing and facilitating the commission of a felony violation of Title 21, United States Code, Section 846, namely, conspiring to distribute and possess with intent to distribute controlled substances, as charged in Count One of this Indictment;

In violation of Title 21, United States Code, Section 843(b).

**COUNT ELEVEN**

The SPECIAL MARCH 2004 GRAND JURY further charges:

On or about December 30, 2003, at approximately 6:34 pm, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

ANTONIO MCMAHAN
also known as "Buke" or "Biz"; and
DESHUN SMITH,
also known as "Taco,"

defendants herein, knowingly and intentionally used and caused to be used a communication facility, namely, a telephone, in committing and in causing and facilitating the commission of a felony violation of Title 21, United States Code, Section 846, namely, conspiring to distribute and possess with intent to distribute controlled substances, as charged in Count One of this Indictment;

In violation of Title 21, United States Code, Section 843(b).

## SENTENCING ALLEGATIONS

The SPECIAL MARCH 2004 GRAND JURY further alleges:

With respect to Count One:

(a) ANTONIO MCMAHAN was an organizer or leader of criminal activity that involved five or more participants or was otherwise extensive. (Guideline § 3B1.1(a))

(b) GINO MCMAHAN was an organizer or leader of criminal activity that involved five or more participants or was otherwise extensive. (Guideline § 3B1.1(a))

(c) DEANGELO MCMAHAN was an organizer or leader of criminal activity that involved five or more participants or was otherwise extensive. (Guideline § 3B1.1(a))

(d) BRIAN NELSON was a manager or supervisor (but not an organizer or leader) and the criminal activity involved five or more participants or was otherwise extensive. (Guideline § 3B1.1(b))

(e) A dangerous weapon was possessed. (Guideline § 2D1.1(b)(1))

(f) As to each defendant, it was reasonably foreseeable that the following drug amounts were possessed by the conspiracy: more than 1.5 kilograms of cocaine base (commonly known as crack cocaine); more than 5 kilograms of powder cocaine; more than 100 grams of heroin; and quantities of marijuana.

## FORFEITURE ALLEGATION

The SPECIAL MARCH 2004 GRAND JURY further charges:

1. The allegations of Counts One through Count Eleven of this Indictment are realleged and incorporated herein by reference for the purpose of alleging that certain property is subject to forfeiture to the United States, pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of their violations of Title 21, United States Code, Sections 841 and 846, as alleged in the foregoing Indictment,

ANTONIO MCMAHAN
also known as "Buke" or "Biz";
GINO MCMAHAN;
DEANGELO MCMAHAN
also known as "Deek";
ZACHARY JOHNSON,
also known as "Zack";
BRIAN NELSON,
also known as "B";
DESHUN SMITH,
also known as "Taco"; and
ANTHONY COX

defendants herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2): (1) any and all property constituting or derived from, any proceeds they obtained, directly or indirectly, as a result of the violations; and (2) any and all of property used, or intended to be used, in any manner or part, to commit or facilitate the commission of the violations.

3. The interests of the defendants, jointly and severally, subject to forfeiture to the United States pursuant to Title 21, United States Code, Section 853, include, but are not limited to:

United States Currency, namely, approximately $258,000; and vehicles, including one 2000 Mercedes Benz and one 2003 Infiniti.

4. If any of the property described above as being subject to forfeiture pursuant to Title 21, United States Code, Section 853(a), as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred to, sold to, or deposited with a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value;

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of substitute property belonging to defendants under the provisions of Title 21, United States Code, Section 853(p).

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL:

[signature]

FOREPERSON

[signature] MSP

UNITED STATES ATTORNEY

No. 04 CR 423

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

UNITED STATES OF AMERICA

vs.

ANTONIO MCMAHAN, aka "Buke" or "Biz";
GINO MCMAHAN; DEANGELO MCMAHAN, aka "Deek";
ZACHARY JOHNSON, aka "Zack", BRIAN NELSON, aka "B";
DESHUN SMITH aka "Taco"; and ANTHONY COX

**I N D I C T M E N T**

Violation(s): Title 21, United States Code Sections 846, 841(a)(1) and 843(b); Title 18, United States Code, Section 2

A true bill, [signature]

Foreman

Filed in open court this 28 day of July, A.D. 2004

JUL 2 8 2004

MICHAEL W. DOBBINS

Clerk

S. Banks, Deputy Clerk

Bail, $__________